United States District Court

Eastern District of California

Rodnei Frazier,

      Plaintiff,                       No. Civ. S 04-0115 MCE PAN P

  vs.                                  Order

John Koford, et al.,

      Defendants.

-oOo-

Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

The United States Marshal has returned process directed to defendant Oh unserved because he could not be found.  A waivers sent to the post office box identified by plaintiff was not returned.  The North Carolina Medical Board database does not list William Oh as a licensee.

Plaintiff must provide new information about where this defendant may be served with process.  Plaintiff may seek such

1 information through discovery on defendant Koford, the California
2 Public Records Act, California Government Code § 6250, et seq.,
3 or any other means available but must proceed with haste because
4 Fed. R. Civ. P. 4(m) requires an action be dismissed as to a
5 defendant not served within 120 days after filing the complaint
6 unless the time is enlarged based upon a demonstration of good
7 cause.  If plaintiff's access to the required information is
8 denied or unreasonably delayed, plaintiff may seek judicial
9 intervention.
10      Accordingly:
11      1.  The clerk of the court shall mail plaintiff one form
12 USM-285 and a copy of the pleading filed January 16, 2004.
13      2.  Within 90 days from the date this order is signed,
14 plaintiff may submit the attached Notice of Submission of
15 Documents with a completed form USM-285 providing instructions
16 for service of process upon defendant Oh and two copies of the
17 pleading provided to plaintiff.
18      3.  If plaintiff does not provide new instructions for
19 service of process upon defendant Oh within the time allowed or
20 show good cause for such failure I will recommend this action be
21 dismissed as to that defendant.
22      So ordered.
23      Dated:  May 10, 2005.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge

United States District Court

Eastern District of California

| | | |
|---|---|---|
| Rodnei Frazier, | | |
| | Plaintiff, | No. Civ. S 04-0115 MCE PAN P |
| vs. | | Notice of Submission of Documents |
| John Koford, et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                            Complaint

Dated: _____

                              _____
                              Plaintiff