United States District Court

Eastern District of California

| | |
|---|---|
| Rodnei Frazier, | |
|     Plaintiff, | No. Civ. S 04-0115 MCE PAN P |
| vs. | Order |
| John Koford, et al., | |
|     Defendants. | |

-oOo-

July 18, 2005, plaintiff moved to compel discovery. Plaintiff's motion cannot be considered because plaintiff failed to attach a copy of the discovery request served upon defendant.

Good cause appearing, the court hereby orders that:

1. Plaintiff's July 18, 2005, motion to compel is denied without prejudice.

///

///

///

1   2.   Plaintiff's time to submit information required to serve
2   process upon defendant Oh is extended to October 15, 2005.
3   Dated:  August 25, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge

2