United States District Court

Eastern District of California

Rodnei Frazier,

     Plaintiff,              No. Civ. S 04-0115 MCE PAN P

  vs.                     Order

John Koford, et al.,

     Defendants.

-oOo-

October 19, 2005, plaintiff moved to compel discovery. Plaintiff fails to attach copies of the discovery and responses at issue and has not complied with the requirements of Fed. R. Civ. P. 37(a)(2)(B).  Plaintiff's motion therefore is denied.

September 30, 2005, plaintiff filed a "motion in limine" seeking to exclude at trial his criminal history.  This motion is denied without prejudice; plaintiff may renew it when he submits

///

///

1  his pretrial statement and the request will be ruled upon by the

2  trial judge.

3       So ordered.

4       Dated:  November 22, 2005.

5                                    /s/ Peter A. Nowinski

6                                   PETER A. NOWINSKI
                                    Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26