United States District Court

Eastern District of California

Rodnei Frazier,

        Plaintiff,                No. Civ. S 04-0115 MCE PAN P

    vs.                          Order

John Koford, et al.,

        Defendants.

-oOo-

    December 27, 2005, plaintiff requested an extension of time to oppose summary judgment.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 10, 2006.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge