United States District Court

Eastern District of California

Rodnei Frazier,

    Plaintiff,                      No. Civ. S 04-0115 MCE PAN P

  vs.                            Order

John Koford, et al.,

    Defendants.

-oOo-

January 25, 2006, plaintiff moved for appointment of counsel.  His motion is denied for reasons explained in the court's April 12, 2005, order.

So ordered.

Dated:  January 26, 2006.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge