IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI FRAZIER,

    Plaintiff,                      No. CIV S-04-0115 MCE PAN P

    vs.

DR. JOHN KOFOED, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By an order filed May 11, 2005, this court ordered plaintiff to complete and return to the court, within ninety days, the USM-285 forms necessary to effect service on defendant William Oh.  On August 25, 2005, plaintiff was granted until October 15, 2005 in which to accomplish service of process on defendant William Oh.  That date has passed and plaintiff has not responded in any way to the court's order concerning defendant Oh.

        IT IS HEREBY RECOMMENDED that plaintiff's claims against defendant William Oh be dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b); 4(m).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings

1

1  and Recommendations." Plaintiff is advised that failure to file objections within the specified
2  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3  (9th Cir. 1991).
4  DATED: March 16, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; fraz0115.fus