1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RODNEI FRAZIER,                    No. 2:04-cv-0115-MCE-PAN-P

12           Plaintiff,

13      v.                             ORDER

14  DR. JOHN KOFOED, et al.,

15           Defendants.
    _____/

16

17      Plaintiff, a state prisoner proceeding pro se, has filed

18  this civil rights action seeking relief under 42 U.S.C. § 1983.

19  The matter was referred to a United States Magistrate Judge

20  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21  262.

22      On March 16, 2006, the magistrate judge filed findings and

23  recommendations herein which were served on all parties and which

24  contained notice to all parties that any objections to the

25  findings and recommendations were to be filed within twenty (20)

26  days.

1

Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 16, 2006 are adopted in full; and

2.  plaintiff's claims against defendant William Oh be dismissed without prejudice.  See Fed. R. Civ. P. 41(b); 4(m).

DATED: May 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE