IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI FRAZIER,

    Plaintiff,                    No. CIV S-04-0115 MCE PAN P

    vs.

DR. JOHN KOFOED,

    Defendant.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. In plaintiff's reply, filed February 28, 2006, plaintiff complained he did not receive Dr. Kofoed's responses to discovery requests. However, plaintiff attached a copy of Dr. Kofoed's discovery responses as Exhibit H. On October 19, 2005, plaintiff filed a motion to compel discovery contending Dr. Kofoed's responses were insufficient. The court denied that motion to compel by order filed November 23, 2005.

        On August 11, 2006, plaintiff filed a request for admissions. Plaintiff is advised that discovery is closed. Moreover, plaintiff had access to his prison central and medical files and filed detailed opposition to defendant's motion for summary judgment as well as his own motion for summary judgment. There was no further need for discovery prior to ruling on defendant Kofoed's motion for summary judgment. Accordingly, plaintiff's request for

1 admissions will be placed in the court file and disregarded.  Plaintiff shall file no further
2 discovery requests in this action.
3       Accordingly, IT IS HEREBY ORDERED that plaintiff's February 28, 2006
4 request to reopen discovery is denied.
5 DATED: August 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; fraz0115.dsc