IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI FRAZIER,                          No. 2:04-cv-0115-MCE-PAN-P

     Plaintiff,

  v.                                      <u>AMENDED ORDER</u>

DR. JOHN KOFOED,[1]

     Defendant.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

///

///

///

_____

[1]  Defendant Dr. Oh was dismissed from this action by order filed May 19, 2006.

On August 17, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 17, 2006 are adopted in full;

2.  Defendant Kofoed's December 21, 2005 motion for summary judgment is granted;

3.  The court declines to exercise supplemental jurisdiction over plaintiff's state law negligence claims; and

4.  Plaintiff's March 8, 2006 motion for summary judgment is denied.

DATED:  September 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE