IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEI FRAZIER, | No. CIV S-04-0115 MCE PAN P |
| Plaintiff, | |
| v. | ORDER |
| DR. JOHN KOFOED, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2006, the undersigned adopted the August 17, 2006 findings and recommendations. On September 15, 2006, plaintiff filed objections to the findings and recommendations. Plaintiff's objections were provided to prison authorities for mailing on September 8, 2006.[1]

The findings and recommendations provided that plaintiff's objections were to be filed within fourteen days. Plaintiff's objections were due on or before August 31, 2006.

---

[1] The Supreme Court has held that the situation of pro se prisoners seeking to meet court deadlines is unique and that therefore a document may be "filed" on the date that it is given by an inmate to prison authorities for mailing. Houston v. Lack, 487 U.S. 266, 270-72, 275 (1988).

1

1 | Plaintiff's objections were "filed" over one week later, September 8, 2006.  Plaintiff's objections
2 | are, therefore, untimely and will be placed in the court file and disregarded.
3 |     Accordingly, IT IS HEREBY ORDERED that plaintiff's September 15, 2006 are
4 | untimely and will be placed in the court file and disregarded.
5 | DATED:  October 12, 2006

                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE